MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: fpetersen@mcrazlaw.com
irothschild@mcrazlaw.com
ecfbk@mcrazlaw.com

By: Frederick J. Petersen, # 19944
Isaac D. Rothschild, # 25726
22003.1/mbt

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DAVID K. CROWE and<br>COLLEEN M. CROWE,<br><br>　　　　　Debtors. | Chapter 11<br><br>No. 4:19-bk-04406-BMW<br><br>**NOTICE OF STIPULATED MODIFICATION TO DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION DATED MAY 13, 2019 (CLASS 4 – USAA, TOYOTA TACOMA)** |

Pursuant to 11 U.S.C. §1127(a), David K. Crowe and Colleen M. Crowe ("Debtors"), through counsel undersigned, hereby modify their *Chapter 11 Plan of Reorganization Dated May 13, 2019* (DE 513) (the "Plan") previously filed with this Court, and seek a determination that pursuant to 11 U.S.C. §1127, by filing and serving this modification on the affected parties, the Debtors have complied with the disclosure requirements of the Bankruptcy Code under 11 U.S.C. §1125, and that the modification is appropriate. This

modification is filed to provide for the Court's consideration, a Plan as modified, which meets the confirmation standards of §1129(a) and (b) of the Bankruptcy Code.

**I.     MODIFIED PLAN TERMS**

The Debtors propose to modify the Plan and USAA agrees to the treatment as follows:

**Class 4—Secured Claim of USAA against Toyota Tacoma**

| Class | Name of Creditor | Description of Collateral | Collateral Value and Basis of Valuation | Payment Terms |
|---|---|---|---|---|
| **4** | USAA | 2016 Toyota Tacoma | $18,000.00 | Secured Claim equal to current value--Monthly payments for 60 months at 5% interest |

USAA holds a valid lien against the Debtors' 2016 Toyota Tacoma in the approximate amount of $22,945.95. Debtors and USAA stipulate the value of 2016 Toyota Tacoma is $18,000.00, which is less than the amount of the Claim.

**The Class 3 Claim of USAA is Impaired and entitled to vote**

*The Class 4 Claim of USAA will be allowed and paid in an amount equal to the value of the 2016 Toyota Tacoma by stipulation of the Parties. The USAA and the Debtors agree the value is $18,000.00. The Debtors will pay the allowed Secured Claim in full with interest at a rate of 5% per annum from the Effective Date through 60 equal monthly payments. Payments will be due on the 15th day of the month, starting on the first full month following the Effective Date. Any remaining amount due to USAA will be allowed and treated as a General Unsecured Claim and will be treated in Class 8 below.*

**The Class 4 Claim of USAA is Impaired and entitled to vote**.

## II. CONCLUSION

The Debtors believe that confirmation of the Debtors' Plan, as herein modified, is in the best interests of the creditors and equity holders.

DATED: October 2, 2019.

MESCH CLARK ROTHSCHILD

By     s/ Isaac D. Rothschild, # 25726
       Frederick J. Petersen
       Isaac D. Rothschild
       Attorneys for Debtors

WEINSTEIN & RILEY

*With Permission*
By     s/ Aaron M. Waite
       Aaron M. Waite
       Attorneys for USAA

Notice of Electronic Filing ("NEF") electronically served on the date of filing upon the registered CM/ECF Users herein as evidenced by the NEF.

COPIES served as indicated below on October 2, 2019:

| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>Email: claims@recoverycorp.com | Turbine Powered Technology, LLC<br>c/o Its Managing Member, Ted McIntyre, II<br>298 Louisiana Road, Port of West St. Mary<br>Franklin, LA 70538<br>Email: legal@marineturbine.com<br>Email: ted@marineturbine.com<br>Member, Committee of Unsecured Creditors |
|---|---|

| | |
|---|---|
| Tucson Embedded Systems<br>Attn: Dennis Kenman<br>5620 N. Kolb Rd., Ste 160<br>Tucson, AZ 85750<br>Email: contracts@tucsonembedded.com<br>Member, Committee of Unsecured Creditors | Lindsay Brew<br>Miller, Pitt, Feldman & McAnally<br>One S. Church Ave., Ste 900<br>Tucson, AZ 85701<br>Email: lbrew@mpfmlaw.com<br>Member, Committee of Unsecured Creditors |

26A1435