MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone:  (520) 624-8886
Fax:    (520) 798-1037
Email:  fpetersen@mcrazlaw.com
        irothschild@mcrazlaw.com
        awinkelman@mcrazlaw.com
        ecfbk@mcrazlaw.com

By:     Frederick J. Petersen, # 19944
        Isaac D. Rothschild, #25726
        D. Alexander Winkelman, # 34120
        22003-2

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| DAVID K. CROWE and COLLEEN M. CROWE, | No. 4:19-bk-04406-BMW |
| Debtors. | **MOTION TO APPROVE SETTLEMENT BETWEEN BANKRUPTCY ESTATE AND USAA RE: PLAN TREATMENT CLASS 3 RESIDENCE** |

Pursuant to Fed. R. Bankr. P. 9019, counsel for David and Colleen Crowe (the "Debtors"), seek entry of an order approving a settlement between the Debtors' Estate and USAA Federal Savings Bank ("USAA"), an oversecured creditor, resolving treatment of the USAA Class 3 Claim. USAA has already agreed to the treatment of their Class 4 Claim. The Debtors would provide an immediate payment of $2,215.93 to USAA and USAA will agree to the treatment proposed in the Debtors' Plan of allowing the claim at $120,694.57 and

amortizing the remaining loan over fifteen years at 5.5%. The payment of $2,215.93 will be wired to the Trust account for USAA's counsel subject to release upon approval of this Settlement.

The Debtors, in their business judgment, believes that entering into such a transaction is in the best interest of the Estate as it prevents delays and costs associated with USAA and the Debtors dealing with interest rate issues as part of the Confirmation hearing.

**I.     FACTUAL & PROCEDURAL HISTORY**

A.     On April 12, 2019 (the "Petition Date"), the Debtors filed a petition for relief under Chapter 11 of the Bankruptcy Code.

B.     On the Petition Date and as of the date of this Motion, the Debtors' principal residence is located at 3650 W. Camino Christy, Tucson, AZ 85742 ("Residence").

C.     USAA has a second position mortgage on the Residence from a Home Equity Line of Credit ("HELOC").

D.     USAA is an oversecured creditor.

E.     As of the Petition Date, the HELOC had an adjustable rate mortgage with a floating rate of 0.5% over the Wall Street Journal prime rate, but never less than 4.49% and no cap on the maximum rate.

F.     The Wall Street Journal prime rate is currently 5%.

**II.    MATERIAL TERMS OF THE SETTLEMENT**

The Debtors would provide an immediate payment of $2,215.93 to USAA and USAA will agree to the treatment proposed in the Debtors' Plan of allowing the claim at $120,694.57 and amortizing the remaining loan over fifteen years at 5.5%. The payment of $2,215.93 will be wired to the Trust account for USAA's counsel subject to release upon approval of this Settlement.

## III. THE SETTLEMENT IS IN THE BEST INTEREST OF THE ESTATE

This settlement is in the best interest of the Estate under the Ninth Circuit factors for approving a compromise pursuant to Fed. R. Bankr. P. 9019. *A & C Properties*, 784 F.2d 1377, 1381 (9th Cir. 1986); *In re Pacific Gas and Elec. Co.*, 304 B.R. 395, 417 (Bankr. N.D. Ca. 2004). Those factors include: (1) the probability of success in the litigation, (2) difficulties to be encountered in the matter of collection, (3) the complexity of litigation, inconvenience and delay, and (4) the interest of creditors and deference to their views.

## A & C PROPERTY FACTORS

### A. *Merits*

This settlement results in the stipulated setting of a fixed rate mortgage at the current rate of the adjustable rate mortgage. "The appropriate rate to yield present value should be determined by adjusting the prime rate by risk factors, generally in the range of 1.5% to 3%." *In re Red Mountain Machinery Co.,* 448 B.R. 1, 9-10 fn. 17 (Bankr. D. Ariz. 2011) citing *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004); *see e.g. In re GAC Storage El Monte, LLC*, 489 B.R. 747, 763 (Bankr. N.D. Ill. 2013). The current prime rate is at 5% as a result the Debtors are locking in a better fixed rate through stipulation than they may be able to do through a contested confirmation. The Debtor is making a one time payment to compensate USAA for allowable claims and potential interest rate losses.

### B. *Collection*

This factor is inapplicable. The Debtor is not seeking to collect from USAA.

### C. *Complexity and Cost of Litigation*

This settlement is in the best interest of the Estate as an oversecured creditor USAA is entitled to attorneys' fees related to the dispute the amount of $2,215.93 is reasonable as either a yield return or to compensate USAA for the costs of the bankruptcy filing.

D.  *Interests of Creditors*

The creditors' interests are served by this settlement because it provides a fixed rate on a secured claim without incurring unnecessary administrative fees or additional amounts added to the secured claim.

The Debtor asserts the only three applicable *A&C Properties* factors favor this settlement.

## IV. ORDER WITHOUT FURTHER NOTICE

Pursuant to Rules 2002 and 9019 of the Fed. R. Bankr. P. and the Judge's published Procedures, an order approving this compromise may be entered without further order of the Court if no party objects to the settlement on or before November 18, 2019, which date is not less than 25 days from the notice of this Motion.

**ANY PARTY WISHING TO OBJECT TO THIS MOTION SHALL FILE SUCH OBJECTION AND THE REASONS FOR THE OBJECTION WITH THE COURT ON OR BEFORE NOVEMBER 18, 2019 AND MAIL THE OBJECTION TO COUNSEL FOR THE DEBTORS: ISAAC D. ROTHSCHILD, 259 N. MEYER AVE., TUCSON, ARIZONA 85701. IF ANY OBJECTIONS ARE RECEIVED, COUNSEL FOR THE DEBTORS SHALL SET THE MOTION FOR HEARING BEFORE THE COURT.**

## V. RELIEF REQUESTED

The Trustee requests an order from the Court pursuant to Rule 9019 of the Fed. R. Bankr. P. approving the settlement between the Debtors and USAA with regard to the Class 3 Plan Treatment.

DATED: October 24, 2019            MESCH CLARK ROTHSCHILD

                                   By   s/Isaac D. Rothschild, #25726
                                        Frederick J. Petersen
                                        Isaac D. Rothschild
                                        D. Alexander Winkelman
                                        Attorneys for Debtors

Notice of Electronic Filing ("NEF") electronically served on the date of filing upon the registered CM/ECF Users herein as evidenced by the NEF.

COPIES served as indicated below on October 24, 2019:

| | |
|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>Email: claims@recoverycorp.com | Turbine Powered Technology, LLC<br>c/o Its Managing Member, Ted McIntye, II<br>298 Louisiana Road, Port of West St. Mary<br>Franklin, LA 70538<br>Email: legal@marineturbine.com<br>Email: ted@marineturbine.com<br>Member, Committee of Unsecured Creditors |
| Tucson Embedded Systems<br>Attn: Dennis Kenman<br>5620 N. Kolb Rd., Ste 160<br>Tucson, AZ 85750<br>Email: contracts@tucsonembedded.com<br>Member, Committee of Unsecured Creditors | Lindsay Brew<br>Miller, Pitt, Feldman & McAnally<br>One S. Church Ave., Ste 900<br>Tucson, AZ 85701<br>Email: lbrew@mpfmlaw.com<br>Member, Committee of Unsecured Creditors |

26N9572