MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: fpetersen@mcrazlaw.com
irothschild@mcrazlaw.com

By: Frederick J. Petersen, #19944
Isaac D. Rothschild, #25726
22003-2/mbt

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | Chapter 11 |
|---|---|
| DAVID K. CROWE and COLLEEN M. CROWE, | No. 4:19-bk-04406-BMW |
| Debtors. | |

**SECOND NON-ADVERSE MODIFICATION TO AMENDED
CHAPTER 11 PLAN OF REORGANIZATION
DATED AUGUST 2, 2019 PROPOSED BY
DAVID K. CROWE AND COLLEEN M. CROWE**

## I. SUMMARY OF THE NON-ADVERSE MODIFICATION

The passage of time since the Debtors proposed their Amended Chapter 11 Plan or Reorganization has necessitated that they update their liquidation analysis and schedule calculating projected disposable income. The secured claim to USAA on the Debtors' residence has been withdrawn by the creditor. Also, the priority claims to the IRS and the ADOR were estimated based on yet to be filed returns. Those returns have since been filed, and the actual liability to the estate is less.

The impact of these updated schedules is a significant increase in liquid assets to be paid to creditors on the Effective Date, and a significant increase in payments to be made over the Plan Term. The Debtors file this Second Non-Adverse Modification in order to detail the increased payments to creditors, which will be distributed in the same manner detailed in the Amended Plan.

This Second Non-Adverse Modification is not adverse to the interests of any creditor, class of creditors, or party in interest. It provides a fixed amount that will be paid to allowed Administrative Claimants and eliminates payments for the USAA Class 3 Claim, based on USAA's release and withdrawal of its claim. It further adjusts projected payments to Class 7 priority tax creditors, based on the allowed amount of such creditors' claims. The treatment of Class 7 is unchanged. All other classes of creditor will receive improved treatment as a result of this Second Non-Adverse Modification.

*The following treatment details the Non-Adverse Modification to the Plan and is intended to replace the respective section previous detailed in the Filed Plan.*

## II. CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS

### A. Class 1 – Administrative Claims

Administrative Expenses are Claims for costs or expenses of administering Debtors' Chapter 11 case, which are allowed under Bankruptcy Code §503(b). Fees payable to the

Clerk of the Bankruptcy Court and the Office of the United States Trustee were also incurred during the Chapter 11 Case and are considered Administrative Expenses.

The Bankruptcy Code requires that all allowed administrative expenses be paid on the Effective Date of the Amended Plan, unless a particular claimant agrees to different treatment. The Bankruptcy Court must approve all professional compensation and expenses.

Each Professional Person requesting compensation in the case pursuant to Bankruptcy Code §§327, 328, 330, 331, 503(b) and/or 1103 shall file an application for allowance of final compensation and reimbursement of expenses not later than sixty (60) days after the Confirmation Date.

Nothing herein shall prohibit each Professional Person from requesting interim compensation during the course of this case pending Confirmation of the Amended Plan. No motion or application is required to fix fees payable to the Clerk's Office or the Office of the United States Trustee, as those fees are determined by statute.

Counsel for the Unsecured Creditors' Committee and Counsel for the Debtors have pending applications for Administrative Claims, that have been objected to, and are not yet allowed. The Allowed Administrative Claims will be subject to a cap totaling $350,000 for all Administrative Claims. Such amount will be paid up to $250,000 on the Effective Date and up to $100,000 in quarterly payment over the term of the Plan. To the extent Allowed Administrative Claims exceed such cap, Creditors have or will agree to accept pro rata payments when comparing Allowed claims.

| **Description** | **Estimate** |
|---|---|
| **Estimated Total** | **$350,000.00** |

B. **Classified Claims**

### Class 3—Secured Claim of USAA Against Residence

USAA withdrew its claim and released its second position lien against the Debtors' residence located at 3650 W. Camino Christy, Tucson, AZ 85742. USAA does not assert this claim any longer in this case.

*The Class 3 Claim of USAA will be disallowed because withdrawn, and will not receive any distribution under the Plan.*

**The Class 3 USAA Secured Claims is not Impaired**.

### Class 8 General Unsecured Claims

General Unsecured Claims are not entitled to priority under Bankruptcy Code §507(a). General Unsecured Claims include various unsecured obligations, as well as various obligations arising from ongoing litigation. General Unsecured Claims are only entitled to be treated under this Class 8 when such claims are allowed, either by agreement of the Debtors, or a final order which is not subject to appeal, from the Bankruptcy Court. Total Scheduled and filed general unsecured claims are $30,573,198.66. $30,334,536.82 of such total represent disputed claims filed by Tucson Embedded Systems and Turbine Powered Technology. In addition to disputing these claims, the Debtors have asserted claims against such creditors which will also offset any claim by such parties. The Debtors believe allowable claims will total less than $200,000.

*Allowed Class 8 General Unsecured Claims will be paid from contributions of the Debtors over a period up to 5 years. Debtors will commit all of their projected disposable income for the next 60 months totaling $221,472.20 to payment of creditors, and a balloon payment in the amount of $90,869.41 on or before July 2026 which will be used for payment of creditors, for a total of $312,341.61. Such amounts will be used to pay up to $100,000 toward Allowed Administrative Claims, then pay priority unsecured creditors, and then*

*distributed pro rata to Allowed General Unsecured Creditors. Allowed General Unsecured Creditors are expected to receive approximately $222,341.61 which includes an Effective Date payment of no less than $10,000.00. To the extent additional Effective Date cash is available, it will also be paid to General Unsecured Creditors.*

*Significant benefit is also contributed through the claim disallowance process related to claims filed by Tucson Embedded Systems and Turbine Powered Technology. In addition, General Unsecured Claims will be paid 25% of all gross proceeds recovered from the claims against Turbine Powered Technology, Tucson Embedded Systems, and Brew, to the extent pursued by the Debtors post-confirmation, as described in Section II.D of the Plan. Allowed General Unsecured Creditors will be paid in quarterly payments. If the Debtors make a greater payment in any quarter, such overpayment will credit against the last payments due under the Amended Plan, such that additional payments shorten the repayment period.*

*General Unsecured Claims will be entitled to a pro rata share of each quarterly distribution. If all General Unsecured Claims are paid in full before completing all plan payment, payments will continue as if such claims accrued interest at a rate of 4% per annum from the Effective Date.*

*To the extent any General Unsecured Claims are not yet allowed, the Debtors will ask the Court to estimate those claims and the related pro-rata distribution for such claims will be held in a trust account until those claims are allowed at which time they will be distributed to the claimholder or disallowed at which time they will be distributed pro-rata to the remaining allowed claim holders.*

*Payments will be due on the 15th day following each calendar quarter, starting on the first full month following the Effective Date. The first and last quarterly payments will be prorated depending on the Effective Date relative to such calendar quarter.*

**Class 8 General Unsecured Claims are Impaired and entitled to vote.**

## III. MEANS OF EFFECTUATING THE AMENDED PLAN

The Amended Plan will be funded by the following, which totals approximately $701,005.01:

1. Debtor's post-petition wages to pay claims in Classes 2, 4, 5, and 6 in the amount of $2,144.39 per month;

2. Net Cash from liquidating non-exempt stock and brokerage accounts, after deducting 20% to pay estimated capital gains taxes. Such amount is anticipated to total approximately $39,606.50;

3. Cash from the Debtors' accounts, after reserving $25,000 for future business operations. Such amount is expected to total $116,000.

4. Cash from Vida Gasline, LLC in the amount of $5,000.00

5. Cash from CE Systems, LLC in the amount of $45,000.00

6. $50,000.00 of cash contributed by the Debtors raised from encumbering or liquidating otherwise exempt assets, all of which is new value from the Debtors, and will be made available to make Effective Date Payments;

7. Projected disposable income from the 60 months following the Effective Date in the amount of $221,472.20, or until all claims are paid in full whichever comes first. Projected disposable income is calculated and set forth in greater detail in the attached Exhibit 1;

8. A balloon payment on or before July 2026 in the amount of $90,869.41.

**Total funding of the Plan for classes 1 and 8 will total $572,341.61.**

9. Retained Assets

    a. Non-Exempt Assets Retained by the Debtors

| Asset Description | Approximate Liquidation Value |
|---|---|
| Home Equity in excess of $150,000 homestead Exemption | $208,632.83 |
| 2016 Toyota Tacoma | $0.00 |
| Boat | $500.00 |
| Checking and Savings Accounts | $25,000.00 |
| Hyster Lift Truck | $6,425.00 |
| Brokerage Account | $0.00 |
| Southwest Airlines Stock | $0.00 |
| 100% Interest in CE-Systems, Inc (which owns interest in Enertech, AI, LLC) | $5,000.00 |
| 100% Interest in Arizona Turbine Technology, Inc. | $0.00 |
| 100% Interest in Vida Gasline, LLC | $30,500.00 |
| | |
| **Total:** | **$276,057.83** |

b.   Exempt Assets Retained by the Debtors

| Asset Description | Equity Value |
|---|---|
| Home Equity-Debtors' Residence located at: 3650 W Camino Christy, Tucson, AZ | $150,000.00 |
| 2012 MKZ-Hybrid with 123,000 miles | $3,205.00 |
| 2009 Toyota Tacoma with 150,000 miles | $4,000.00 |
| Household Furnishings | $3,000.00 |
| Household Electronics | $1,000.00 |
| Clothing | $500.00 |

| | |
|---|---:|
| Jewelry | $400.00 |
| Animals | 0.00 |
| Tools | $12,000 |
| Retirement Accounts | $510,386.56 |
| **Total:** | **$684,491.56** |
| **(Subject to $50,000 New Value Contribution)** | |

### IV. LIQUIDATION ANALYSIS

An analysis of the liquidation values and expenses is attached as Exhibit 2.

### V. RECOMMENDATION

The Debtors recommend that the Amended Plan, as Modified by this Second Non-Adverse Modification be approved as it is in the best interest of this Estate and their creditors.

DATED: February 11, 2021

                                            s/David K. Crowe
                                            DAVID K. CROWE


                                            s/Colleen M. Crowe
                                            COLLEEN M. CROWE

MESCH CLARK ROTHSCHILD


By    s/Frederick J. Petersen, #19944
       Frederick J. Petersen
       Isaac D. Rothschild
       Attorneys for Debtors


Notice of Electronic Filing ("NEF")
electronically served on the date of filing
upon the registered CM/ECF Users herein
as evidenced by the NEF.

Copy emailed February 11, 2021 to:

| | |
|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>Email: claims@recoverycorp.com | Turbine Powered Technology, LLC<br>c/o Its Managing Member, Ted McIntye, II<br>298 Louisiana Road, Port of West St. Mary<br>Franklin, LA 70538<br>Email: legal@marineturbine.com<br>Email: ted@marineturbine.com<br>Member, Committee of Unsecured Creditors |
| Tucson Embedded Systems<br>Attn: Dennis Kenman<br>5620 N. Kolb Rd., Ste 160<br>Tucson, AZ 85750<br>Email: contracts@tucsonembedded.com<br>Member, Committee of Unsecured Creditors | Lindsay Brew<br>Miller, Pitt, Feldman & McAnally<br>One S. Church Ave., Ste 900<br>Tucson, AZ 85701<br>Email: lbrew@mpfmlaw.com<br>Member, Committee of Unsecured Creditors |
| Quicken Loans, Inc.<br>c/o Aldridge Pite, LLP<br>PO Box 17933<br>San Diego, CA 92177-0933<br>Email: ecfazb@aldridgepite.com | USAA Federal Savings Bank<br>c/o Aaron M. Waite<br>Weinstein & Riley, P.S.<br>6785-4 S. Eastern Avenue<br>Las Vegas, NV 89119<br>Email: aaronw@w-legal.com |
| Bradley J. Stevens and Joel F. Newell<br>Jennings, Strouss & Salmon, PLC<br>One E. Washington Street, Ste 1900<br>Phoenix, AZ 85004-2554<br>Email: bstevens@jsslaw.com<br>Email: jnewell@jsslaw.com<br>Attorneys for the Official Committee of Unsecured Creditors | Adam B. Nach and Helen K. Santilli<br>Lane & Nach, P.C.<br>2001 E. Campbell Ave., Ste 103<br>Phoenix, AZ 85016<br>Email: adam.nach@lane-nach.com<br>Email: helen.santilli@lane-nach.com<br>Attorneys for Turbine Powered Technology, LLC |
| Kasey Nye<br>Waterfall Economidis Caldwell<br>Hanshaw & Villamana, P.C.<br>5210 E. Williams Circle, Suite 800<br>Tucson, AZ 85711<br>Email: knye@waterfallattorneys.com<br>Attorney for Tucson Embedded Systems | Edward K. Bernatavicius<br>Office of the United States Trustee<br>230 N. First Ave., Suite 204<br>Phoenix, AZ 85003-1706<br>Email: Edward.K.Bernatavicius@usdoj.gov |
| Todd Jackson<br>Jackson & Oden, P.C.<br>3573 E. Sunrise Drive, Suite 125<br>Tucson, AZ 85718<br>Email: tjackson@jacksonodenlaw.com<br>Attorney for Tucson Embedded Systems, Inc. | Robert E. Torian, Kevin P. Merchant, and Cliff A. LaCour<br>NeunerPate<br>1001 W. Pinhook Rd., Ste 200<br>Lafayette, LA 70503<br>rtorian@neunerpate.com<br>kmerchant@neunerpate.com<br>clacour@neunerpate.com<br>Attorneys for Turbine Powered Technology, LLC |

2804939