MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: fpetersen@mcrazlaw.com
irothschild@mcrazlaw.com

By: Frederick J. Petersen, #19944
Isaac D. Rothschild, #25726
22003-2/mbt

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | Chapter 11 |
|---|---|
| DAVID K. CROWE and COLLEEN M. CROWE, | No. 4:19-bk-04406-BMW |
| Debtors. | |

**THIRD NON-ADVERSE MODIFICATION TO AMENDED
CHAPTER 11 PLAN OF REORGANIZATION
DATED AUGUST 2, 2019 PROPOSED BY
DAVID K. CROWE AND COLLEEN M. CROWE**

## I. SUMMARY OF THE NON-ADVERSE MODIFICATION

The Debtors have continued efforts to improve their proposed Plan. To that end, the Debtors have located additional funding which will allow them to significantly increase both the Effective Date Payment proposed in the Plan, and their New Value Contribution. Total payments to creditors are not increased by this Modification, but payments are substantially earlier in time, significantly reducing the risk to Creditors that there is a plan default before completing payments. The value of such payments is improved when considering the time value of money.

This Third Non-Adverse Modification is not adverse to the interests of any creditor, class of creditors, or party in interest. It provides a substantial increase in Effective Date payments, all for the benefit of general unsecured creditors. This Modification also pledges to liquidate the real property held by Vida Gasline, with all net proceeds paid to general unsecured creditors. Although the Debtors value the asset as having a value of approximately $25,000, certain creditors have contended that the value exceeds $75,000. All net proceeds realized, including if more than estimated by the Debtors, will inure entirely to the benefit of general unsecured creditors. The attached schedules show the significant increase in Effective Date payments to general unsecured creditors. The Debtors file this Third Non-Adverse Modification in order to detail the increased Effective Date payments to creditors, which will be distributed in the same manner detailed in the Amended Plan.

*The following treatment details the Non-Adverse Modification to the Plan and is intended to replace the respective section previous detailed in the Filed Plan.*

## II. CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS

### Class 8 General Unsecured Claims

General Unsecured Claims are not entitled to priority under Bankruptcy Code §507(a). General Unsecured Claims include various unsecured obligations, as well as various obligations arising from ongoing litigation. General Unsecured Claims are only entitled to be treated under this Class 8 when such claims are allowed, either by agreement of the Debtors, or a final order which is not subject to appeal, from the Bankruptcy Court. Total Scheduled and filed general unsecured claims are $30,573,198.66. $30,334,536.82 of such total represent disputed claims filed by Tucson Embedded Systems and Turbine Powered Technology. In addition to disputing these claims, the Debtors have asserted claims against such creditors which will also offset any claim by such parties before allowance. The Debtors believe allowable claims total less than $200,000.

*Allowed Class 8 General Unsecured Claims will be paid from contributions of the Debtors over a period up to 5 years. Debtors will liquidate various assets that are non-exempt, commit an amount from their projected disposable income for the next 60 months totaling $162,341.61, borrow funds against their house and use the proceeds for creditors, and make an additional Effective Date payment for general unsecured creditors. Such amounts will be used to pay up to $100,000 toward Allowed Administrative Claims, then pay priority unsecured creditors, and then distributed pro rata to Allowed General Unsecured Creditors. Allowed General Unsecured Creditors are expected to receive approximately $222,341.61 which includes an Effective Date payment of approximately $135,000, and proceeds from Vida Gasline estimated to be received within 6 months. To the extent additional Effective Date cash is available, it will also be paid to General Unsecured Creditors.*

*Significant benefit is also contributed through the claim disallowance process related to claims filed by Tucson Embedded Systems and Turbine Powered Technology. In addition, General Unsecured Claims will be paid 25% of all gross proceeds recovered from the claims against Turbine Powered Technology, Tucson Embedded Systems, and Brew, to the extent pursued by the Debtors post-confirmation, as described in Section II.D of the Plan. Allowed General Unsecured Creditors will be paid in quarterly payments. If the Debtors make a greater payment in any quarter, such overpayment will credit against the last payments due under the Amended Plan, such that additional payments shorten the repayment period.*

*General Unsecured Claims will be entitled to a pro rata share of each quarterly distribution. If all General Unsecured Claims are paid in full before completing all plan payments, payments will continue as if such claims accrued interest at a rate of 4% per annum from the Effective Date.*

*To the extent any General Unsecured Claims are not yet allowed, the Debtors will ask the Court to estimate those claims and the related pro-rata distribution for such claims will be held in a trust account until those claims are allowed at which time they will be distributed to the claimholder or disallowed at which time they will be distributed pro-rata to the remaining allowed claim holders.*

*Payments will be due on the 15th day following each calendar quarter, starting on the first full month following the Effective Date. The first and last quarterly payments will be prorated depending on the Effective Date relative to such calendar quarter.*

**Class 8 General Unsecured Claims are Impaired and entitled to vote.**

III. **MEANS OF EFFECTUATING THE AMENDED PLAN**

The Amended Plan will be funded by the following, which totals approximately $701,005.01:

1. Debtor's post-petition wages to pay claims in Classes 2, 4, 5, and 6 in the amount of $2,144.39 per month;

2. Net Cash from liquidating non-exempt stock and brokerage accounts, after deducting 20% to pay estimated capital gains taxes. Such amount is anticipated to total approximately $39,606.50;

3. Net cash from liquidating the real property owned by Vida Gasline, LLC, with all proceeds from such sale paid to the Estate in the approximate amount of $25,000;

4. Cash from the Debtors' accounts, after reserving $25,000 for future business operations. Such amount is expected to total $120,500.

5. Cash from Vida Gasline, LLC in the amount of $5,000.00

6. Cash from CE Systems, LLC in the amount of $45,000.00

7. $100,000.00 of cash contributed by the Debtors raised from encumbering or liquidating otherwise exempt assets, all of which is new value from the Debtors, and will be made available to make Effective Date Payments;

8. $75,000.00 of cash contributed by the Debtors raised from a lien against their residence, all of which will be made available to make Effective Date Payments. If the Debtors are unable to secure a loan, they will liquidate exempt assets to contribute such amount as additional new value;

9. A portion of disposable income from the 60 months following the Effective Date in the amount of $162,392.00, or until all claims are paid in full whichever comes first. Projected disposable income is calculated and set forth in greater detail in the attached Exhibit 1, which also details the monthly payments to be made by the Debtors.

**Total funding of the Plan for classes 1 and 8 will total $572,392.00.**

10. Retained Assets

a. Non-Exempt Assets Retained by the Debtors

| Asset Description | Approximate Liquidation Value |
|---|---:|
| Home Equity in excess of $150,000 homestead Exemption (and after additional $75,000 lien) | $133,632.83 |
| 2016 Toyota Tacoma | $0.00 |
| Boat | $500.00 |
| Checking and Savings Accounts | $25,000.00 |
| Hyster Lift Truck | $6,425.00 |
| Brokerage Account | $0.00 |
| Southwest Airlines Stock | $0.00 |
| 100% Interest in CE-Systems, Inc (which owns interest in Enertech, AI, LLC) | $5,000.00 |
| 100% Interest in Arizona Turbine Technology, Inc. | $0.00 |
| 100% Interest in Vida Gasline, LLC | $5,000.00 |
| | |
| **Total:** | **$175,557.83** |

b. Exempt Assets Retained by the Debtors

| Asset Description | Equity Value |
|---|---:|
| Home Equity-Debtors' Residence located at: 3650 W Camino Christy, Tucson, AZ | $150,000.00 |
| 2012 MKZ-Hybrid with 123,000 miles | $3,205.00 |
| 2009 Toyota Tacoma with 150,000 miles | $4,000.00 |

| | |
|---|---:|
| Household Furnishings | $3,000.00 |
| Household Electronics | $1,000.00 |
| Clothing | $500.00 |
| Jewelry | $400.00 |
| Animals | 0.00 |
| Tools | $12,000 |
| Retirement Accounts | $510,386.56 |
| **Total:** | **$684,491.56** |
| **(Subject to $100,000-175,000 New Value Contribution)** | |

## IV.  LIQUIDATION ANALYSIS

An analysis of the liquidation values and expenses is attached as Exhibit 2.

## V.  RECOMMENDATION

The Debtors recommend that the Amended Plan, as Modified by this Second Non-Adverse Modification be approved as it is in the best interest of this Estate and their creditors.

DATED: March 29, 2021

*s/David K. Crowe*
DAVID K. CROWE


*s/Colleen M. Crowe*
COLLEEN M. CROWE

MESCH CLARK ROTHSCHILD


By     *s/Frederick J. Petersen*, #19944
    Frederick J. Petersen
    Isaac D. Rothschild
    Attorneys for Debtors

Notice of Electronic Filing ("NEF") electronically served on the date of filing upon the registered CM/ECF Users herein as evidenced by the NEF.
Copy emailed March 29, 2021 to:

| | |
|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>Email: claims@recoverycorp.com | Turbine Powered Technology, LLC<br>c/o Its Managing Member, Ted McIntye, II<br>298 Louisiana Road, Port of West St. Mary<br>Franklin, LA 70538<br>Email: legal@marineturbine.com<br>Email: ted@marineturbine.com<br>Member, Committee of Unsecured Creditors |
| Tucson Embedded Systems<br>Attn: Dennis Kenman<br>5620 N. Kolb Rd., Ste 160<br>Tucson, AZ 85750<br>Email: contracts@tucsonembedded.com<br>Member, Committee of Unsecured Creditors | Lindsay Brew<br>Miller, Pitt, Feldman & McAnally<br>One S. Church Ave., Ste 900<br>Tucson, AZ 85701<br>Email: lbrew@mpfmlaw.com<br>Member, Committee of Unsecured Creditors |
| Quicken Loans, Inc.<br>c/o Aldridge Pite, LLP<br>PO Box 17933<br>San Diego, CA 92177-0933<br>Email: ecfazb@aldridgepite.com | USAA Federal Savings Bank<br>c/o Aaron M. Waite<br>Weinstein & Riley, P.S.<br>6785-4 S. Eastern Avenue<br>Las Vegas, NV 89119<br>Email: aaronw@w-legal.com |
| Bradley J. Stevens and Joel F. Newell<br>Jennings, Strouss & Salmon, PLC<br>One E. Washington Street, Ste 1900<br>Phoenix, AZ 85004-2554<br>Email: bstevens@jsslaw.com<br>Email: jnewell@jsslaw.com<br>Attorneys for the Official Committee of Unsecured Creditors | Adam B. Nach and Helen K. Santilli<br>Lane & Nach, P.C.<br>2001 E. Campbell Ave., Ste 103<br>Phoenix, AZ 85016<br>Email: adam.nach@lane-nach.com<br>Email: helen.santilli@lane-nach.com<br>Attorneys for Turbine Powered Technology, LLC |
| Kasey Nye<br>Waterfall Economidis Caldwell Hanshaw & Villamana, P.C.<br>5210 E. Williams Circle, Suite 800<br>Tucson, AZ 85711<br>Email: knye@waterfallattorneys.com<br>Attorney for Tucson Embedded Systems | Edward K. Bernatavicius<br>Office of the United States Trustee<br>230 N. First Ave., Suite 204<br>Phoenix, AZ 85003-1706<br>Email: Edward.K.Bernatavicius@usdoj.gov |

| Todd Jackson<br>Jackson & Oden, P.C.<br>3573 E. Sunrise Drive, Suite 125<br>Tucson, AZ 85718<br>Email: tjackson@jacksonodenlaw.com<br>Attorney for Tucson Embedded Systems, Inc. | Robert E. Torian, Kevin P. Merchant, and<br>Cliff A. LaCour<br>NeunerPate<br>1001 W. Pinhook Rd., Ste 200<br>Lafayette, LA 70503<br>rtorian@neunerpate.com<br>kmerchant@neunerpate.com<br>clacour@neunerpate.com<br>Attorneys for Turbine Powered Technology, LLC |
|---|---|
| Ricardo Palacio<br>Ashby & Geddes<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Email: rpalacio@ashbygeddes.com<br>Attorneys for Turbine Powered Technology, LLC | |

2859189