# Exhibit 1

**David and Colleen**

| | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Inflows** | | | | | | | | | | | | | |
| Salary - David Crowe | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | 200,000.04 |
| Payroll Deductions | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | (59,853.00) |
| Total Individual Income | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 140,147.04 |
| **Cash Outflows** | | | | | | | | | | | | | |
| 1st Mortgage (Class 2) | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | 17,550.72 |
| 2nd Mortgage (Class 3) | | | | | | | | | | | | | $ - |
| Secured Business Expense (Class 5 & 6) | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | 5,358.24 |
| Vehicle Ownership Expense USAA (Class 4) | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | 2,823.72 |
| US Trustee Fees | | | 1,200.00 | | | 250.00 | | | 250.00 | | | 250.00 | 1,950.00 |
| Vehicle Ownership Expense - 2nd car (IRS-Local Standard) | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | 6,252.00 |
| dependent's expenses | | | | | | | | | | | | | $ - |
| food and personal care (IRS Standard) | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | 9,348.00 |
| housekeeping supplies (IRS Standard) | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | 876.00 |
| apparel & services (IRS Standard) | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | 2,304.00 |
| personal care products & services (IRS Standard) | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | 888.00 |
| miscellaneous (IRS Standard) | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | 3,780.00 |
| health care (IRS Standard) | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | 2,016.00 |
| Life and Disability Insurance | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | 6,966.36 |
| Utilities (water, gas, power, internet, phone) | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | 12,384.24 |
| Home Repairs | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | 2,400.00 |
| Vehicle Operating Costs (IRS-Local Standard) | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | 5,400.00 |
| charitable contributions (2.8% of gross salary) | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | 5,592.00 |
| Work Travel Expenses, Cell Phone, Data storage | $1,413.61 | $1,413.61 | $1,413.61 | $1,413.61 | $1,413.61 | $1,413.61 | $1,413.61 | $1,413.61 | 813.61 | 813.61 | 813.61 | 813.61 | 14,563.32 |
| Total household expense | $(8,408.55) | $(8,408.55) | $(9,608.55) | $(8,408.55) | $(8,408.55) | $(8,658.55) | $(8,408.55) | $(8,408.55) | $(8,058.55) | $(7,808.55) | $(7,808.55) | $(8,058.55) | (100,452.60) |
| Projected Disposible Income | $3,270.37 | $3,270.37 | $2,070.37 | $3,270.37 | $3,270.37 | $3,020.37 | $3,270.37 | $3,270.37 | $3,620.37 | $3,870.37 | $3,870.37 | $3,620.37 | 39,694.44 |
| Proposed Plan Payment | $2,285.70 | $2,285.70 | $1,085.70 | $2,285.70 | $2,285.70 | $2,035.70 | $2,285.70 | $2,285.70 | $2,635.70 | $2,885.70 | $2,885.70 | $2,635.70 | 27,878.40 |

| | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Inflows** | | | | | | | | | | | | | |
| Salary - David Crowe | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | $16,666.67 | 200,000.04 |
| Payroll Deductions | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | ($4,987.75) | (59,853.00) |
| Total Individual Income | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 11,678.92 | 140,147.04 |
| **Cash Outflows** | | | | | | | | | | | | | |
| 1st Mortgage (Class 2) | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | $1,462.56 | 17,550.72 |
| 2nd Mortgage (Class 3) | | | | | | | | | | | | | $ - |
| Secured Business Expense (Class 5 & 6) | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | $446.52 | 5,358.24 |
| Vehicle Ownership Expense USAA (Class 4) | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | $235.31 | 2,823.72 |
| US Trustee Fees | | | 250.00 | | | 250.00 | | | 250.00 | | | 250.00 | 1,000.00 |
| Vehicle Ownership Expense - 2nd car (IRS-Local Standard) | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | 6,252.00 |
| dependent's expenses | | | | | | | | | | | | | $ - |
| food and personal care (IRS Standard) | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | $779.00 | 9,348.00 |
| housekeeping supplies (IRS Standard) | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | $73.00 | 876.00 |
| apparel & services (IRS Standard) | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 | 2,304.00 |
| personal care products & services (IRS Standard) | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | 888.00 |
| miscellaneous (IRS Standard) | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | $315.00 | 3,780.00 |
| health care (IRS Standard) | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | $168.00 | 2,016.00 |
| Life and Disability Insurance | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | $580.53 | 6,966.36 |
| Utilities (water, gas, power, internet, phone) | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | $1,032.02 | 12,384.24 |
| Home Repairs | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | 2,400.00 |
| Vehicle Operating Costs (IRS-Local Standard) | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | 5,400.00 |
| charitable contributions (2.8% of gross salary) | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | $466.00 | 5,592.00 |
| Work Travel Expenses, Cell Phone, Data storage | $813.61 | $813.61 | $813.61 | $813.61 | $813.61 | $813.61 | $813.61 | $813.61 | $813.61 | $813.61 | $813.61 | $813.61 | 9,763.32 |
| Total household expense | $(7,808.55) | $(7,808.55) | $(8,058.55) | $(7,808.55) | $(7,808.55) | $(8,058.55) | $(7,808.55) | $(7,808.55) | $(8,058.55) | $(7,808.55) | $(7,808.55) | $(8,058.55) | (94,702.60) |
| Projected Disposible Income | $3,870.37 | $3,870.37 | $3,620.37 | $3,870.37 | $3,870.37 | $3,620.37 | $3,870.37 | $3,870.37 | $3,620.37 | $3,870.37 | $3,870.37 | $3,620.37 | 45,444.44 |
| Proposed Plan Payment | $2,885.70 | $2,885.70 | $2,635.70 | $2,885.70 | $2,885.70 | $2,635.70 | $2,885.70 | $2,885.70 | $2,635.70 | $2,885.70 | $2,885.70 | $2,635.70 | 33,628.40 |

**Projected Disposible Income**

| | | | **Projected Payments to General Unsecured Creditors** | |
|---|---|---|---|---|
| Month 1-12 | 39,644.44 | | 2021 | $ (161,895.17) |
| Month 13-24 | 45,444.44 | | 2022 | (11,828.40) |
| Month 25-36 | 45,444.44 | | 2023 | (13,628.40) |
| Month 37-48 | 45,444.44 | | 2024 | (13,628.40) |
| Month 49-60 | 45,444.44 | | 2025 | (13,628.40) |
| **Total** | 221,422.20 | | 2026 | $ (7,783.23) |
| | | | **Total** | $ (222,392.00) |

**Proceeds for Effective Date Payments**

| | |
|---|---|
| Cash from Stock Accounts | 39,606.50 |
| Cash from Debtor Account | 120,500.00 |
| Cash from CE Systems | 45,000.00 |
| Cash from Vida Gasline | 5,000.00 |
| Proceeds from House Loan | 75,000.00 |
| New Value from Debtors | 100,000.00 |
| **Total** | 385,106.50 |

## Plan Payments 2021

| | Effective Date | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Class 1 - Administrative Claims | $ (250,000.00) | $ - | $ - | $ (3,333.33) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (258,333.33) |
| Class 2 - Quicken Loans | | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (11,700.48) |
| Class 3 - USAA HELOC | No Allowed Claim | | | | | | | | | $ - |
| Class 4 - USAA Toyota Tacoma Secured Claim | | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (1,882.48) |
| Class 5 - Secured Claim of Jeremy Nicolaides | | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (552.80) |
| Class 6 - Secured Claim of Braccio and Sherwood | | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (3,019.36) |
| Class 7 - Unsecured Priority Tax Claims | No Allowed Claim | | | | | | | | | $ - |
| Class 8 - General Unsecured Creditors | $ (135,000.00) | | | $ (1,238.07) | | | $ (25,657.10) | | | $ (161,895.17) |
| **Total Plan Payments** | $ (385,000.00) | $ (2,144.39) | $ (2,144.39) | $ (6,715.79) | $ (2,144.39) | $ (2,144.39) | $ (32,801.49) | $ (2,144.39) | $ (2,144.39) | $ (437,383.62) |

## Plan Payments 2022

| | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 1 - Administrative Claims | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (20,000.00) |
| Class 2 - Quicken Loans | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (17,550.72) |
| Class 3 - USAA HELOC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 4 - USAA Toyota Tacoma Secured Claim | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (2,823.72) |
| Class 5 - Secured Claim of Jeremy Nicolaides | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (829.20) |
| Class 6 - Secured Claim of Braccio and Sherwood | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (4,529.04) |
| Class 7 - Unsecured Priority Tax Claims | | | | | | | | | | | | | $ - |
| Class 8 - General Unsecured Creditors | $ (1,607.10) | $ - | $ - | $ (3,407.10) | $ - | $ - | $ (3,407.10) | $ - | $ - | $ (3,407.10) | $ - | $ - | $ (11,828.40) |
| **Total Plan Payments** | $ (8,751.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (57,561.08) |

## Plan Payments 2023

| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 1 - Administrative Claims | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (20,000.00) |
| Class 2 - Quicken Loans | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (17,550.72) |
| Class 3 - USAA HELOC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 4 - USAA Toyota Tacoma Secured Claim | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (2,823.72) |
| Class 5 - Secured Claim of Jeremy Nicolaides | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (829.20) |
| Class 6 - Secured Claim of Braccio and Sherwood | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (4,529.04) |
| Class 7 - Unsecured Priority Tax Claims | | | | | | | | | | | | | $ - |
| Class 8 - General Unsecured Creditors | $ (3,407.10) | $ - | $ - | $ (3,407.10) | $ - | $ - | $ (3,407.10) | $ - | $ - | $ (3,407.10) | $ - | $ - | $ (13,628.40) |
| **Total Plan Payments** | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (59,361.08) |

## Plan Payments 2024

| | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 1 - Administrative Claims | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (20,000.00) |
| Class 2 - Quicken Loans | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (17,550.72) |
| Class 3 - USAA HELOC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 4 - USAA Toyota Tacoma Secured Claim | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (2,823.72) |
| Class 5 - Secured Claim of Jeremy Nicolaides | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (829.20) |
| Class 6 - Secured Claim of Braccio and Sherwood | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (4,529.04) |
| Class 7 - Unsecured Priority Tax Claims | | | | | | | | | | | | | $ - |
| Class 8 - General Unsecured Creditors | $ (3,407.10) | $ - | $ - | $ (3,407.10) | $ - | $ - | $ (3,407.10) | $ - | $ - | $ (3,407.10) | $ - | $ - | $ (13,628.40) |
| **Total Plan Payments** | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (59,361.08) |

## Plan Payments 2025

| | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 1 - Administrative Claims | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ - | $ - | $ (20,000.00) |
| Class 2 - Quicken Loans | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (17,550.72) |
| Class 3 - USAA HELOC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Class 4 - USAA Toyota Tacoma Secured Claim | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | $ (2,823.72) |
| Class 5 - Secured Claim of Jeremy Nicolaides | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | $ (829.20) |
| Class 6 - Secured Claim of Braccio and Sherwood | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | $ (4,529.04) |
| Class 7 - Unsecured Priority Tax Claims | | | | | | | | | | | | | $ - |
| Class 8 - General Unsecured Creditors | $ (3,407.10) | $ - | $ - | $ (3,407.10) | $ - | $ - | $ (3,407.10) | $ - | $ - | $ (3,407.10) | $ - | $ - | $ (13,628.40) |
| **Total Plan Payments** | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (59,361.08) |

## Plan Payments 2026

| | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 1 - Administrative Claims | $ (5,000.00) | $ - | $ - | $ (5,000.00) | $ (1,666.67) | $ - | $ - | $ - | $ - | $ - | | | $ (11,666.67) |
| Class 2 - Quicken Loans | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | $ (1,462.56) | | | | | | | | | $ (5,850.24) |
| Class 3 - USAA HELOC | $ - | $ - | $ - | | | | | | | | | | $ - |
| Class 4 - USAA Toyota Tacoma Secured Claim | $ (235.31) | $ (235.31) | $ (235.31) | $ (235.31) | | | | | | | | | $ (941.24) |
| Class 5 - Secured Claim of Jeremy Nicolaides | $ (69.10) | $ (69.10) | $ (69.10) | $ (69.10) | | | | | | | | | $ (276.40) |
| Class 6 - Secured Claim of Braccio and Sherwood | $ (377.42) | $ (377.42) | $ (377.42) | $ (377.42) | | | | | | | | | $ (1,509.68) |
| Class 7 - Unsecured Priority Tax Claims | | | | | | | | | | | | | $ - |
| Class 8 - General Unsecured Creditors | $ (3,407.10) | $ - | $ - | $ (3,407.10) | $ (969.03) | $ - | | | | | | | $ (7,783.23) |
| **Total Plan Payments** | $ (10,551.49) | $ (2,144.39) | $ (2,144.39) | $ (10,551.49) | $ (2,635.70) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (28,027.46) |

**Assumptions**
April 2021 Effective Date
Proceeds from Vida Gasline Real Estate at least $25,000
Admin Capped at $350,000 and to be Paid $250,000 on Effective Date and $100,000 over Plan Term