# Exhibit 2

Case 4:19-bk-04406-BMW    Doc 395-2    Filed 03/29/21    Entered 03/29/21 14:56:12
Desc Exhibit 2    Page 1 of 6

## Liquidation Analysis: What Creditors Would Receive
## if the Case Were Converted to a Chapter 7

**Real Property** #1: 3650 W. Camino Christy, Tucson, AZ 85742

| Fair Market Value | Lien Amount | Cost of Sale | Resulting Tax | Amount of Exemption | Net Proceeds |
|---|---|---|---|---|---|
| $525,000.00 | 1st: $141,367.17 | $35,000.00 | $ | $150,000.00 | $198,632.83 |
| | 2nd: forgiven | | | | |

**Personal Property**:

| Description | Liquidation Value | Lien Amount | Amount of Exemption | Net Proceeds |
|---|---|---|---|---|
| Cash | $145,500.00 | | $300.00 | $145,200.00 |
| Automobile #1 2012 Lincoln | $3,205.00 | $0 | $6,000.00 | $0.00 |
| Automobile #2 2008 Toyota Tacoma | $4,000.00 | $0 | $6,000.00 | $0.00 |
| Automobile #3 2016 Toyota Tacoma | $12,469.00 | $22,945.95 | $0.00 | $0.00 |
| Hyster Lift Truck | $7,200.00 | $1,575.00 | $0.00 | $5625.00 |
| Household Furnishings | $3,000.00 | $0.00 | $12,000.00 | $0.00 |
| Jewelry | $400.00 | $0.00 | $4,000.00 | $0.00 |
| Equipment | $20,000.00 | $20,000.00 | $12,000.00 | $0.00 |
| Vida Gasline | $29,500.00 | $0.00 | $0.00 | $29,500.00 (after deduct cost of sale) |

Case 4:19-bk-04406-BMW    Doc 395-2    Filed 03/29/21    Entered 03/29/21 14:56:12
Desc Exhibit 2    Page 2 of 6

| | | | | |
|---|---|---|---|---|
| CE Systems | $51,843.87 | 0.00 | 0.00 | $33,660.00 (est. after payment of taxes) |
| AZ Turbine Technology | 0.00 | 0.00 | 0.00 | 0.00 |
| Stocks / Investments | $559,894.69 | $0.00 | $510,386.56 | $39,606.50 (after capital gain taxes) |
| Other Personal Property | $1,000.00 | $0.00 | $0.00 | $1,000.00 |
| TOTAL | | | | $254,591.15 |

## Summary if Conversion to Chapter 7:

| | | |
|---|---|---|
| Net Proceeds of Real Property and Personal Property | | $453,224.33 |
| Recovery from Preferences / Fraudulent Conveyances | [ADD] | $0.00 |
| Chapter 7 Trustee Fees | [SUBTRACT] | $25,911.22 |
| Chapter 7 Trustee's Professionals' Fees (To litigate disputed Turbine Powered Technology and Tucson Embedded Systems Claims) | [SUBTRACT] | $80,000.00 |
| Other Chapter 7 Liabilities | [SUBTRACT] | $0.00 |
| Unpaid Chapter 11 Administrative Priority Liabilities (Estimated Debtor Counsel, UST Fees, and Committee Fees) | [SUBTRACT] | $350,000.00 |
| Priority Claims | [SUBTRACT] | $0.00 |
| NET FUNDS AVAILABLE FOR DISTRIBUTION TO GENERAL UNSECURED CREDITORS | | $0.00 |
| ESTIMATED FUNDS DISTRIBUTED TO GENERAL UNSECURED CREDITORS UNDER PLAN | | $0.00 |

**Projected Plan Distribution Totals by Class Over Plan Term**

| | |
|---|---|
| Class 1 - Administrative Claims | $350,000.00 |
| Class 2 - Quicken Loans | $87,753.60 |
| Class 3 - USAA HELOC | $0.00 |
| Class 4 - USAA Toyota Tacoma Secured Claim | $14,118.60 |
| Class 5 - Secured Claim of Jeremy Nicolaides | $4,146.00 |
| Class 6 - Secured Claim of Kenneth Braccio and Michael Sherwood | $22,645.20 |
| Class 7 - Unsecured Priority Tax Claims | $0.00 |
| Class 8- General Unsecured Creditors | $222,392.00 |
| | |
| **Total:** | **$701,055.40** |

| | |
|---|---|
| Estimated Amount of Unsecured Claims if Turbine Powered Technology and Tucson Embedded Systems Claims Litigated | $200,000.00 |
| Percent Distribution to General Unsecured Creditors Under Proposed Amended Plan | 100% |
| Percent Distribution to Unsecured Creditors Under Liquidation Analysis | 0.0% |

| | |
|---|---|
| Estimated Amount of Unsecured Claims if Turbine Powered Technology and Tucson Embedded Systems Claims are NOT Litigated | $30,573,198.66 |
| Resulting Percent Distribution to General Unsecured Creditors Under Proposed Amended Plan | 0.7% |
| Resulting Percent Distribution to Unsecured Creditors Under Liquidation Analysis | 0.00% |

**Projected Average Post-Confirmation Monthly Income and Expenses**
**(Disposable Income)**

| MONTHLY CASH INFLOWS | |
|---|---:|
| Salary David Crowe | $16,666.67 |
| Payroll Deductions | ($4,987.75) |
| **Total Individual Income** | **$11,678.92** |
| **MONTHLY CASH OUTFLOWS** | |
| 1st Mortgage Quicken Loans | $1,462.56 |
| 2nd Mortgage USAA | $0.00 |
| Secured Business Expenses | $446.52 |
| Vehicle Ownership Expense (USAA) | $235.31 |
| Vehicle Ownership Expense (2nd Car) | $521.00 |
| US Trustee Fees | $83.34 |
| Actual Dependent Expenses | $0.00 |
| Food and Personal Care | $779.00 |
| Housekeeping Supplies | $73.00 |
| Apparel & Services | $192.00 |
| Personal Care Products and Services | $74.00 |
| Miscellaneous | $315.00 |
| Healthcare | $168.00 |
| Life and Disability Insurance | $580.53 |
| Utilities | $1032.02 |

Case 4:19-bk-04406-BMW    Doc 395-2    Filed 03/29/21    Entered 03/29/21 14:56:12
Desc Exhibit 2    Page 5 of 6

| | |
|---|---|
| Home Repairs | $200.00 |
| Vehicle Operating Costs | $450.00 |
| Charitable Contributions | $466.00 |
| Work Travel Expense, Cell Phone, Data | $1,413.61 |
| **TOTAL HOUSEHOLD EXPENSE** | **$8,491.89** |
| | |
| **DEBTORS' AVERAGE DISPOSABLE** | **$3,187.03** |
| **Beginning January 2022** | **$3,787.03** |

2859289