MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: fpetersen@mcrazlaw.com
irothschild@mcrazlaw.com
ecfbk@mcrazlaw.com

By: Frederick J. Petersen, # 19944
Isaac D. Rothschild, # 25726
D. Alexander Winkelman, #34120
22003-2

Attorneys for Reorganized Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| DAVID K. CROWE and COLLEEN M. CROWE, | No. 4:19-bk-04406-BMW |
| Debtors. | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that David K. Crowe and Colleen M. Crowe ("Debtors"), Chapter 11 debtors in the above-captioned bankruptcy case, by and through undersigned counsel, and pursuant to 28 U.S.C. §158(b) and Rule 8002(a)(1) of the Federal Rules of Bankruptcy Procedure, seek appeal of the Court's *Ruling and Order Regarding Motion for Relief from Automatic Stay* dated and entered on the docket on February 25, 2021 (DE 358) (the "Stay Relief Order") as well as all underlying or related rulings, including the Court's Minute Entry Order dated and entered on the docket August 19, 2021

(DE 456) denying, without prejudice, Debtors' *Motion to Alter or Amend Order Granting Stay Relief* (DE 373). The Stay Relief Order and Minute Entry Order are attached hereto as Exhibits 1 and 2.

The parties to the appeal are Turbine Powered Technology, LLC and Debtors David K. Crowe and Colleen M. Crowe.

The names, addresses, and telephone numbers of the parties' attorneys are as follows:

<u>Attorneys for Appellants</u>

Frederick J. Petersen
Isaac D. Rothschild
D. Alexander Winkelman
Mesch Clark Rothschild
259 North Meyer Avenue
Tucson, Arizona 85701
Phone:  (520) 624-8886
Fax:    (520) 798-1037
Email:  fpetersen@mcrazlaw.com
        irothschild@mcrazlaw.com
        awinkelman@mcrazlaw.com

<u>Attorneys for Turbine Powered Technology, LLC</u>

| | |
|---|---|
| Adam B. Nach | Robert E. Torian, Kevin P. Merchant, |
| Helen K. Santilli | and Cliff A. LaCour |
| Lane & Nach, P.C. | NeunerPate |
| 2001 E. Campbell Ave., Ste 103 | 1001 W. Pinhook Rd., Ste 200 |
| Phoenix, AZ  85016 | Lafayette, LA  70503 |
| Phone:  (602) 258-6000 | Phone:  (337-) 237-7000 |
| Fax:    (602) 258-6003 | Fax:    (337) 233-9450 |
| Email:  adam.nach@lane-nach.com | Email:  rtorian@neunerpate.com |
|         helen.santilli@lane-nach.com |         kmerchant@neunerpate.com |
| |         clacour@neunerpate.com |

Ricardo Palacio
Ashby & Geddes
P.O. Box 1150
Wilmington, Delaware 19899
Phone:  (302) 504-3718
Fax:    (302) 654-2067
Email:  RPalacio@ashbygeddes.com

| | |
|---|---|
| DATED: August 27, 2021 | MESCH CLARK ROTHSCHILD |
| | By: s/D. Alexander Winkelman, #34120<br>    Frederick J. Petersen<br>    Isaac D. Rothschild<br>    D. Alexander Winkelman<br>    Attorneys for Debtors |

Notice of Electronic Filing ("NEF") electronically served on the date of filing upon the registered CM/ECF Users herein as evidenced by the NEF.

COPIES served as indicated below on August 27, 2021:

| | |
|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>Email: claims@recoverycorp.com | Turbine Powered Technology, LLC<br>c/o Its Managing Member, Ted McIntye, II<br>298 Louisiana Road, Port of West St. Mary<br>Franklin, LA 70538<br>Email: legal@marineturbine.com<br>Email: ted@marineturbine.com<br>Member, Committee of Unsecured Creditors |
| Tucson Embedded Systems<br>Attn: Dennis Kenman<br>5620 N. Kolb Rd., Ste 160<br>Tucson, AZ 85750<br>Email: contracts@tucsonembedded.com<br>Member, Committee of Unsecured Creditors | Lindsay Brew<br>Miller, Pitt, Feldman & McAnally<br>One S. Church Ave., Ste 900<br>Tucson, AZ 85701<br>Email: lbrew@mpfmlaw.com<br>Member, Committee of Unsecured Creditors |
| Quicken Loans, Inc.<br>c/o Aldridge Pite, LLP<br>PO Box 17933<br>San Diego, CA 92177-0933<br>Email: ecfazb@aldridgepite.com | USAA Federal Savings Bank<br>c/o Aaron M. Waite<br>Weinstein & Riley, P.S.<br>6785-4 S. Eastern Avenue<br>Las Vegas, NV 89119<br>Email: aaronw@w-legal.com |
| Bradley J. Stevens and Joel F. Newell<br>Jennings, Strouss & Salmon, PLC<br>One E. Washington Street, Ste 1900<br>Phoenix, AZ 85004-2554<br>Email: bstevens@jsslaw.com<br>Email: jnewell@jsslaw.com<br>Attorneys for the Official Committee of Unsecured Creditors | Adam B. Nach and Helen K. Santilli<br>Lane & Nach, P.C.<br>2001 E. Campbell Ave., Ste 103<br>Phoenix, AZ 85016<br>Email: adam.nach@lane-nach.com<br>Email: helen.santilli@lane-nach.com<br>Attorneys for Turbine Powered Technology, LLC |

| | |
|---|---|
| Kasey Nye<br>Waterfall Economidis Caldwell<br>Hanshaw & Villamana, P.C.<br>5210 E. Williams Circle, Suite 800<br>Tucson, AZ 85711<br>Email: knye@waterfallattorneys.com<br>Attorney for Tucson Embedded Systems | Edward K. Bernatavicius<br>Office of the United States Trustee<br>230 N. First Ave., Suite 204<br>Phoenix, AZ 85003-1706<br>Email: Edward.K.Bernatavicius@usdoj.gov |
| Todd Jackson<br>Jackson & Oden, P.C.<br>3573 E. Sunrise Drive, Suite 125<br>Tucson, AZ 85718<br>Email: tjackson@jacksonodenlaw.com<br>Attorney for Tucson Embedded Systems, Inc. | Robert E. Torian, Kevin P. Merchant, and<br>Cliff A. LaCour<br>NeunerPate<br>1001 W. Pinhook Rd., Ste 200<br>Lafayette, LA 70503<br>rtorian@neunerpate.com<br>kmerchant@neunerpate.com<br>clacour@neunerpate.com<br>Attorneys for Turbine Powered Technology, LLC |
| Ricardo Palacio<br>Ashby & Geddes<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Email: RPalacio@ashbygeddes.com<br>Attorneys for Turbine Powered Technology, LLC | |

28L5532