# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DAVID K. CROWE and<br>COLLEEN M. CROWE,<br><br>Debtors. | Chapter 11<br><br>No. 4:19-bk-04406-BMW<br><br>**ORDER GRANTING JOINT MOTION TO COMPROMISE AND SETTLE CLAIMS OF AND AGAINST THE ESTATE** |

This matter having come before the Court on David K. Crowe and Colleen M. Crowe ("Debtors") and Turbine Powered Technology, LLC, Marine Turbine Technologies, LLC, Ted McIntyre, MTT Properties, LLC's (collectively the "TPT Parties") *Joint Motion to Compromise and Settle Claims of and Against the Estate* (the "Joint Motion") (DE 482), Tucson Embedded Systems, Inc. ("TES") having filed an *Objection to Joint Motion to Compromise and Settle Claims of and Against the Estate* (DE 485), a hearing having been held on February 15, 2022 when argument was presented by counsel and based on the findings of this Court stated on the record, the Court approves the Settlement Agreement attached as Exhibit A to the Joint Motion;

IT IS HEREBY ORDERED that:

1. The Joint Motion is GRANTED; and
2. TES' Objection is overruled.

**DATED AND SIGNED ABOVE.**

1 APPROVED AS TO FORM:

2
MESCH CLARK ROTHSCHILD
3

4
By:     */s/Frederick J. Petersen*, #19944
5          Frederick J. Petersen
         Isaac D. Rothschild
6        D. Alexander Winkelman
7        Attorneys for Debtors

8
LANE AND NACH, P.C.
9
         *With Permission*
10 By:    */ s/Frederick J. Petersen*
11       Adam Nach
         Helen Santilli
12       Attorneys for Turbine Powered
13       Technology, LLC, Marine Turbine
         Technologies, LLC, MTT Properties,
14       LLC and Ted McIntyre

15

16

17 2934674

18